**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Lori Anne Vasconi                         CHAPTER 13
         David M. Vasconi II

                                                 BKY. NO. 20-10012 TPA

                Debtor(s)

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of THE HUNTINGTON NATIONAL BANK and index same on the master mailing list.

                                         Respectfully submitted,

                                         **/s/James C. Warmbrodt, Esquire**
                                         James C. Warmbrodt, Esquire
                                         Attorney I.D. No. 42524
                                         KML Law Group, P.C.
                                         BNY Mellon Independence Center
                                         701 Market Street, Suite 5000
                                         Philadelphia, PA 19106
                                         412-430-3594
                                         jwarmbrodt@kmllawgroup.com