FILED
2/26/20 2:00 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

WWR # 040558065

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>DAVID M VASCONI II,<br>LORI ANNE VASCONI,<br><br>Debtors,<br><br>FORD MOTOR CREDIT COMPANY, LLC,<br><br>Movant,<br><br>v.<br><br>DAVID M VASCONI II, DEBTOR,<br>LORI ANNE VASCONI, DEBTOR,<br>RONDA J. WINNECOUR, TRUSTEE,<br>Respondents. | Bankruptcy No. 20-10012-TPA<br><br>Chapter 13<br><br>Rel to Doc No. 31 |

## ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY

This cause came on for hearing this __26th__ day of __February__, 2020, in said District, upon the Motion of Ford Motor Credit Company, LLC, for Relief from Automatic Stay. Upon statements of counsel, the evidence and law:

This Court FINDS that Ford Motor Credit Company, LLC, is a creditor of the estate by virtue of a certain Retail Installment Contract with the Debtors, secured by a 2019 Ford F150 VIN: 1FTFW1RG8KFA43032; that the Movant has not been adequately protected; that the Debtor has no equity in the property and that said property is of inconsequential value to the estate; and that the Movant is entitled to the relief prayed for in accordance with the terms set forth herein.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Ford Motor Credit Company, LLC, be and is hereby granted relief from the Automatic Stay to take the necessary steps to liquidate its collateral referenced herein.

_____
Honorable Thomas P. Agresti    ljm
United States Bankruptcy Judge

Brian Langford
PA I.D. #324884
Weltman, Weinberg & Reis, Co., L.P.A.
436 Seventh Avenue
Suite 2500
Pittsburgh, PA 15219
412-338-7102

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
David M. Vasconi  
Lori Anne Vasconi  
        Debtors  

Case No. 20-10012-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1        User: dkam        Page 1 of 1        Date Rcvd: Feb 26, 2020  
                              Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2020.  
db/jdb        +David M. Vasconi, II,   Lori Anne Vasconi,   98 Airport Road,   Mercer, PA 16137-5102

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2020                                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2020 at the address(es) listed below:  
          Brian Thomas Langford   on behalf of Creditor   Ford Motor Credit Company, LLC PitEcf@weltman.com,  
           PitEcf@weltman.com  
          Daniel P. Foster    on behalf of Debtor David M. Vasconi, II dan@mrdebtbuster.com,  
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com  
          Daniel P. Foster    on behalf of Joint Debtor Lori Anne Vasconi dan@mrdebtbuster.com,  
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com  
          Jerome B. Blank    on behalf of Creditor   Freedom Mortgage Corporation pawb@fedphe.com  
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
          Thomas Song   on behalf of Creditor   Freedom Mortgage Corporation pawb@fedphe.com  
                                                                                                            TOTAL: 7