FILED
2/27/20 10:27 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | CASE NO. 20-10012-TPA |
| | : | |
| David M Vasconi II and | : | CHAPTER 13 |
| Lori Anne Vasconi, | : | |
| Debtors, | : | |
| _____ | : | |
| David M Vasconi II, | : | MOTION NO.: WO - 1 |
| Movant, | : | |
| | : | RELATED TO DOCKET NO.: 36 |
| vs. | : | |
| | : | |
| Connecticut Department of Labor, | : | |
| | : | |
| and | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee. | : | |
| Respondents. | : | |
| | : | |
| Social Security No. xxx-xx- 2580 | : | |

### ORDER TO TERMINATE WAGE ATTACHMENT

Upon representation of the above-named Debtor(s), having filed a Chapter 13 petition and having moved to attach wages to fund the Chapter 13 Plan

**IT IS, THEREFORE, ORDERED** that the wage attachment currently in place with Connecticut Department of Labor is terminated.

**IT IS FURTHER ORDERED** that this Order supersedes any previous order made to the above-named entity.

**IT IS FUTHER ORDERED** that the above-named entity shall not charge any fee to the Debtor for the administration of this attachment Order except as may be allowed upon application to the and Order of this Court.

DATED THIS ___27th___ day of ___February_____, 2020

Thomas P. Agresti,                    ljm
U.S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 20-10012-TPA
David M. Vasconi                                                                 Chapter 13
Lori Anne Vasconi
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: lmar            Page 1 of 1            Date Rcvd: Feb 27, 2020
                             Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 29, 2020.
db/jdb          +David M. Vasconi, II,   Lori Anne Vasconi,   98 Airport Road,   Mercer, PA 16137-5102

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 29, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 27, 2020 at the address(es) listed below:
          Brian Thomas Langford   on behalf of Creditor   Ford Motor Credit Company, LLC PitEcf@weltman.com,
           PitEcf@weltman.com
          Daniel P. Foster   on behalf of Debtor David M. Vasconi, II dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          Daniel P. Foster   on behalf of Joint Debtor Lori Anne Vasconi dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          James  Warmbrodt   on behalf of Creditor   The Huntington National Bank bkgroup@kmllawgroup.com
          Jerome B. Blank   on behalf of Creditor   Freedom Mortgage Corporation pawb@fedphe.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
          Thomas  Song   on behalf of Creditor   Freedom Mortgage Corporation pawb@fedphe.com
                                                                                    TOTAL: 8