FILED
3/9/20 3:01 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Lori Anne Vasconi<br>        David M. Vasconi II<br><br>                    Debtors<br><br>The Huntington National Bank<br><br>                    Movant<br>        vs.<br>Lori Anne Vasconi<br>David M. Vasconi II<br><br>                    Respondents | Case No. 20-10012-TPA<br><br>CHAPTER 13<br><br>Rel to Doc No. 47 |

## ORDER OF COURT

AND NOW, this __9th__ day of __March__, 2020, counsel for the respective parties having consented hereto, it is hereby ORDERED that relief from automatic stay is hereby GRANTED to Movant, The Huntington National Bank, pursuant to 11 U.S.C. § 362(d) to permit said creditor, its successors an/or assigns, to take possession and sell, lease, and otherwise dispose of the 2016 Dodge Challenger, VIN: 2C3CDZC91GH335830.

The stay pursuant to F.R.B.P. 4001(a)(3) is hereby waived.

BY THE COURT:

_____ J.
U.S. Bankruptcy Judge    ljm

Consented to by:
*/s/ Daniel P. Foster, Esquire*
Daniel P. Foster, Esquire
Attorney for Debtors
Foster Law Offices
PO Box 966
Meadville, PA 16335
Phone: 814-724-1158
dan@mrdebtbuster.com

*/s/ James C. Warmbrodt, Esquire*
James C. Warmbrodt, Esquire
Attorney for Movant
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: 215-627-1322
jwarmbrodt@kmllawgroup.com

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
David M. Vasconi  
Lori Anne Vasconi  
    Debtors

Case No. 20-10012-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: dkam     Page 1 of 1     Date Rcvd: Mar 09, 2020  
                     Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2020.  
db/jdb         +David M. Vasconi, II,    Lori Anne Vasconi,    98 Airport Road,    Mercer, PA 16137-5102

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2020                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2020 at the address(es) listed below:  
          Brian Thomas Langford    on behalf of Creditor    Ford Motor Credit Company, LLC PitEcf@weltman.com,  
           PitEcf@weltman.com  
          Daniel P. Foster    on behalf of Debtor David M. Vasconi, II dan@mrdebtbuster.com,  
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com  
          Daniel P. Foster    on behalf of Joint Debtor Lori Anne Vasconi dan@mrdebtbuster.com,  
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com  
          James Warmbrodt    on behalf of Creditor    The Huntington National Bank bkgroup@kmllawgroup.com  
          Jerome B. Blank    on behalf of Creditor    Freedom Mortgage Corporation pawb@fedphe.com  
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
          Thomas Song    on behalf of Creditor    Freedom Mortgage Corporation pawb@fedphe.com  
                                                                                                                                 TOTAL: 8