**Form RSC**

# United States Bankruptcy Court

### WESTERN DISTRICT OF PENNSYLVANIA

**RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 20−10012−TPA**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

| | |
|---|---|
| David M. Vasconi II | Lori Anne Vasconi |
| 98 Airport Road | 98 Airport Road |
| Mercer, PA 16137 | Mercer, PA 16137 |

Social Security No.:
   xxx−xx−2580                                                            xxx−xx−4953

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Daniel P. Foster | Ronda J. Winnecour |
| Foster Law Offices | Suite 3250, USX Tower |
| PO Box 966 | 600 Grant Street |
| Meadville, PA 16335 | Pittsburgh, PA 15219 |
| Telephone number: 814.724.1165 | Telephone number: 412−471−5566 |

| DATE/TIME/LOCATION OF MEETING OF CREDITORS | CONFIRMATION HEARING DATE/TIME/LOC |
|---|---|
| June 16, 2020 | June 16, 2020 |
| 10:00 AM | 10:00 AM |
| Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501 | Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501 |

**MEETING RESCHEDULED DUE TO COVID−19. ALL OTHER DEADLINES FROM PRIOR NOTICE REMAIN THE SAME.**

Dated: 3/26/20                                                            BY THE COURT

                                                                                              Thomas P. Agresti
                                                                                              Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:
David M. Vasconi
Lori Anne Vasconi
    Debtors

Case No. 20-10012-TPA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1    User: dkam    Page 1 of 2    Date Rcvd: Mar 26, 2020
    Form ID: rscCOVID    Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2020.

```
db/jdb         +David M. Vasconi, II,    Lori Anne Vasconi,    98 Airport Road,    Mercer, PA 16137-5102
15206165        American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
15180421       +Amex,    PO Box 981537,    El Paso, TX 79998-1537
15180422       +Capital One / Cabelas,    4800 Nw 1st Street,    Lincoln, NE 68521-4463
15215107        Citibank, N.A.,    5800 S Corporate Pl,    Sioux Falls, SD 57108-5027
15180428       +Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
15194934      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court:  Ford Motor Credit Company LLC,    P.O. Box 62180,
                 Colorado Springs, CO 80962-2180)
15206797       +FREEDOM MORTGAGE CORPORATION,    Bankruptcy Department,,    10500 KINCAID DRIVE,
                 FISHERS IN 46037-9764
15180429       +First National Bank Of Pa,    4140 East State Street,    Hermitage, PA 16148-3401
15180430       +Ford Motor Credit Company,    PO Box 542000,    Omaha, NE 68154-8000
15180431       +Freedom Mortgage Corporation,    907 Pleasant Valley Avenue,    Mount Laurel, NJ 08054-1210
15200729       +Kubota Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
15180434       +Kubota Credit Corporation,    Po Box 2046,    Grapevine, TX 76099-2046
15180435       +Lending Club Corporation,    595 Market Street,    San Francisco, CA 94105-2807
15180437       +Pnc Bank,    Po Box 3180,    Pittsburgh, PA 15230-3180
15188230       +SunTrust Bank now Truist Bank,    Attn: Support Services,    P.O. Box 85092,
                 Richmond, VA 23286-0001
15180438       +Suntrust,    600 West Broadway,    Suite 2000,    San Diego, CA 92101-3358
15186929        THE HUNTINGTON NATIONAL BANK,    PO BOX 889424,    CLEVELAND, OH 44101-8539
15180443       +Td Bank Usa / Target Credit,    Po Box 673,    Minneapolis, MN 55440-0673
15180444       +The Home Depot / Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
15201580        Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,    PO Box 130000 Raleigh, NC 27605
15180445       +Wells Fargo Bank Na,    Po Box 14517,    Des Moines, IA 50306-3517
15213222        Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
15180446       +Wells Fargo Dealer Service,    Po Box 10709,    Raleigh, NC 27605-0709
15180447       +West Penn P & P Federal Credit Union,    1089 Third Street,    Beaver, PA 15009-2034
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 27 2020 03:50:34     Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 27 2020 03:57:49
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15180424        E-mail/Text: resourcerecoverybk@chemungcanal.com Mar 27 2020 03:49:18
                 Chemung Canal Trust Company,    1 Chemung Canal Plaza,    Elmira, NY 14901
15197261        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 27 2020 03:57:40
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
15180423       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 27 2020 03:57:42
                 Capital One Bank Usa NA,    PO Box 30281,    Salt Lake City, UT 84130-0281
15180425       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 27 2020 03:50:03
                 Comenity Bank / Brylane Home,    Po Box 182789,    Columbus, OH 43218-2789
15180426       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 27 2020 03:50:03
                 Comenity Capital Bank / Boscov,    Po Box 182120,    Columbus, OH 43218-2120
15180427        E-mail/Text: mrdiscen@discover.com Mar 27 2020 03:49:25     Discover Financial Services LLC,
                 PO Box 15316,    Wilmington, DE 19850
15183607        E-mail/Text: mrdiscen@discover.com Mar 27 2020 03:49:25     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
15180433       +E-mail/Text: bankruptcy@huntington.com Mar 27 2020 03:50:42     Huntington National Bank,
                 41 South High Street,    Columbus, OH 43287-0001
15180432       +E-mail/Text: bankruptcy@huntington.com Mar 27 2020 03:50:42     Huntington National Bank,
                 Po Box 1558,    Columbus, OH 43216-1558
15211427        E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 27 2020 03:51:11     Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
15180436       +E-mail/Text: bankruptcy@lightstream.com Mar 27 2020 03:51:49     Lightstream,
                 303 Peachtree Street Northeast,    Atlanta, GA 30308-3201
15208523        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 27 2020 03:55:40
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
15181872        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 27 2020 03:50:34
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
15214401        E-mail/Text: bnc-quantum@quantum3group.com Mar 27 2020 03:50:11
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA  98083-0788
15180439       +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2020 03:56:44     Syncb / Amazon,    Po Box 965015,
                 Orlando, FL 32896-5015
15180440       +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2020 03:57:27     Syncb / Care Credit,
                 Po Box 965036,    Orlando, FL 32896-5036
```

```
District/off: 0315-1              User: dkam                Page 2 of 2                  Date Rcvd: Mar 26, 2020
                                  Form ID: rscCOVID         Total Noticed: 48
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
15180441        +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2020 03:57:47      Syncb / Nautilus,   Po Box 965036,
                 Orlando, FL 32896-5036
15180442        +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2020 03:56:30      Syncb / Sleep Number,
                 Po Box 965036,   Orlando, FL 32896-5036
15181127        +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2020 03:56:37      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15218086        +E-mail/Text: bncmail@w-legal.com Mar 27 2020 03:51:01      TD Bank USA, N.A.,
                 C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
15215220         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 27 2020 03:55:56      Verizon,
                 by American InfoSource as agent,    PO Box 4457,   Houston, TX 77210-4457
                                                                                              TOTAL: 23

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Ford Motor Credit Company, LLC
cr              Freedom Mortgage Corporation
cr              The Huntington National Bank
15206166*       American Express National Bank,   c/o Becket and Lee LLP,   PO Box 3001,
                 Malvern  PA 19355-0701
                                                                                       TOTALS: 3, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2020 at the address(es) listed below:
```
              Daniel P. Foster    on behalf of Debtor David M. Vasconi, II dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Joint Debtor Lori Anne Vasconi dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Garry Alan Masterson    on behalf of Creditor   Ford Motor Credit Company, LLC
               BnkEcf-PA@weltman.com,   pitecf@weltman.com
              James Warmbrodt    on behalf of Creditor   The Huntington National Bank bkgroup@kmllawgroup.com
              Jerome B. Blank    on behalf of Creditor   Freedom Mortgage Corporation pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Thomas Song    on behalf of Creditor   Freedom Mortgage Corporation pawb@fedphe.com
                                                                                             TOTAL: 8
```