# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | CASE NO. 20-10012-TPA |
| | : | |
| David M. Vasconi II and, | : | CHAPTER 13 |
| Lori Anne Vasconi, | : | |
|     Debtors, | : | |
| | : | MOTION NO.: WO - 1 |
| David M. Vasconi II, | : | |
|     Movant, | : | RELATED TO DOCKET NO.: 72 |
| | : | |
| vs. | : | |
| | : | |
| Renick Brothers, | : | |
| | : | |
|     and | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
|     Chapter 13 Trustee. | : | |
|     Respondents. | : | |
| | : | |
| Social Security No. xxx-xx- 2580 | : | |

### NOTICE OF HEARING WITH RESPONSE DEADLINE ON
### MOTION TO TERMINATE WAGE ATTACHMENT

**TO THE RESPONDENTS:**

You are hereby notified that the above Movants seeks an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant's response to the motion no later than **September 7, 2020** i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

### You should take this to your lawyer at once.

A hearing will be held **September 16, 2020 at 10:00 am** before Judge Thomas P. Agresti, via the ZOOM Video Conference Application. To access the hearing, please use the following Zoom Meeting link: https://www.zoomgov.com/j/16021303488, or alternatively, to attend and use the following Meeting ID: 160 2130 3488.

To join the Zoom hearing please initiate and use the link 15 minutes prior to your scheduled hearing time. All attorneys and Parties may only appear via the Zoom Video Conference Application and must comply with the Amended Notice of Temporary Modification of Appearance Procedures Before Judge Thomas P. Agresti, as updated on June 10, 2020.

      Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date: <u>August 21, 2020</u>

                                                    Respectfully submitted,
                                                   */s/ Daniel P. Foster, Esquire*
                                                   Daniel P. Foster
                                                   PA I.D. # 92376
                                                 Foster Law Offices
                                                 1210 Park Avenue
                                                 Meadville, PA 16335
                                                 Phone: 814.724.1165
                                                 Fax: 814.724.1158
                                                 Email:dan@mrdebtbuster.com
                                                 Attorney for Debtors

**CERTIFICATE OF SERVICE**

  I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Motion to Terminate Wage Attachment and Notice of Hearing by First-Class Mail, U.S. Postage Paid on the parties below*.

| | |
|---|---|
| Executed on: **August 21, 2020** | *by: /s/ Kaitlyn E. Vale* |
| | Kaitlyn E. Vale, PARALEGAL |
| | FOSTER LAW OFFICES |
| | 1210 Park Avenue |
| | Meadville, PA 16335 |
| | Tel 814.724.1165 |
| | Fax 814.724.1158 |

```
Label Matrix for local noticing          American Express National Bank          Amex
0315-1                                   c/o Becket and Lee LLP                  PO Box 981537
Case 20-10012-TPA                        PO Box 3001                             El Paso, TX 79998-1537
WESTERN DISTRICT OF PENNSYLVANIA         Malvern PA 19355-0701
Erie
Fri Aug 21 10:19:27 EDT 2020

Jerome B. Blank                          Capital One / Cabelas                   Capital One Bank (USA), N.A.
Phelan Hallinan Diamond & Jones, LLP     4800 Nw 1st Street                      by American InfoSource as agent
Omni William Penn Office Tower           Lincoln, NE 68521-4463                  PO Box 71083
555 Grant Street, Suite 300                                                      Charlotte, NC 28272-1083
Pittsburgh, PA 15219-4408

Capital One Bank Usa NA                  (p)CHEMUNG CANAL TRUST COMPANY          Citibank, N.A.
PO Box 30281                             ATTN RESOURCE RECOVERY                  5800 S Corporate Pl
Salt Lake City, UT 84130-0281            PO BOX 1522                             Sioux Falls, SD 57108-5027
                                         ELMIRA NY 14902-1522

Comenity Bank / Brylane Home             Comenity Capital Bank / Boscov          Discover Bank
Po Box 182789                            Po Box 182120                           Discover Products Inc
Columbus, OH 43218-2789                  Columbus, OH 43218-2120                 PO Box 3025
                                                                                 New Albany, OH 43054-3025

(p)DISCOVER FINANCIAL SERVICES LLC       Dsnb Macys                              FREEDOM MORTGAGE CORPORATION
PO BOX 3025                              Po Box 8218                             Bankruptcy Department,
NEW ALBANY OH 43054-3025                 Mason, OH 45040-8218                    10500 KINCAID DRIVE
                                                                                 FISHERS IN 46037-9764

First National Bank Of Pa                Ford Motor Credit Company               (p)FORD MOTOR CREDIT COMPANY
4140 East State Street                   PO Box 542000                           P O BOX 62180
Hermitage, PA 16148-3401                 Omaha, NE 68154-8000                    COLORADO SPRINGS CO 80962-2180

Daniel P. Foster                         Freedom Mortgage Corporation            Huntington National Bank
Foster Law Offices                       907 Pleasant Valley Avenue              41 South High Street
1210 Park Avenue                         Mount Laurel, NJ 08054-1210             Columbus, OH 43287-0001
Meadville, PA 16335-3110

Huntington National Bank                 (p)JEFFERSON CAPITAL SYSTEMS LLC        Kubota Credit Corporation
Po Box 1558                              PO BOX 7999                             PO Box 9013
Columbus, OH 43216-1558                  SAINT CLOUD MN 56302-7999               Addison, Texas 75001-9013

Kubota Credit Corporation                Lending Club Corporation                Lightstream
Po Box 2046                              595 Market Street                       303 Peachtree Street Northeast
Grapevine, TX 76099-2046                 San Francisco, CA 94105-2807            Atlanta, GA 30308-3201

Garry Alan Masterson                     Office of the United States Trustee     PRA Receivables Management, LLC
c/o Weltman, Weinberg & Reis             Liberty Center.                         PO Box 41021
965 Keynote Circle                       1001 Liberty Avenue, Suite 970          Norfolk, VA 23541-1021
Brooklyn Hts., OH 44131-1829             Pittsburgh, PA 15222-3721
```

| | | |
|---|---|---|
| Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | Pnc Bank<br>Po Box 3180<br>Pittsburgh, PA 15230-3180 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Thomas Song<br>Phelan Hallinan Diamond & Jones, LLP<br>1617 JFK Boulevard<br>Suite 1400<br>Philadelphia, PA 19103-1814 |
| SunTrust Bank now Truist Bank<br>Attn: Support Services<br>P.O. Box 85092<br>Richmond, VA 23286-0001 | Suntrust<br>600 West Broadway<br>Suite 2000<br>San Diego, CA 92101-3358 | Syncb / Amazon<br>Po Box 965015<br>Orlando, FL 32896-5015 |
| Syncb / Care Credit<br>Po Box 965036<br>Orlando, FL 32896-5036 | Syncb / Nautilus<br>Po Box 965036<br>Orlando, FL 32896-5036 | Syncb / Sleep Number<br>Po Box 965036<br>Orlando, FL 32896-5036 |
| Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | TD Bank USA, N.A.<br>C/O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | THE HUNTINGTON NATIONAL BANK<br>PO BOX 889424<br>CLEVELAND, OH 44101-8539 |
| Td Bank Usa / Target Credit<br>Po Box 673<br>Minneapolis, MN 55440-0673 | The Home Depot / Cbna<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | David M. Vasconi II<br>98 Airport Road<br>Mercer, PA 16137-5102 |
| Lori Anne Vasconi<br>98 Airport Road<br>Mercer, PA 16137-5102 | Verizon<br>by American InfoSource as agent<br>PO Box 4457<br>Houston, TX 77210-4457 | James Warmbrodt<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 |
| Wells Fargo Bank N.A., d/b/a Wells Fargo Aut<br>PO Box 130000 Raleigh, NC 27605 | Wells Fargo Bank Na<br>Po Box 14517<br>Des Moines, IA 50306-3517 | Wells Fargo Bank, N.A.<br>Wells Fargo Card Services<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 |
| Wells Fargo Dealer Service<br>Po Box 10709<br>Raleigh, NC 27605-0709 | West Penn P & P Federal Credit Union<br>1089 Third Street<br>Beaver, PA 15009-2034 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).