**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
8/26/20 11:37 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE NO. 20-10012-TPA |
| | : | |
| David M. Vasconi, II and, | : | CHAPTER 13 |
| Lori Anne Vasconi, | : | |
| Debtors, | : | |
| | : | RELATED TO DOCKET NO.: 72 & 74   and 76 |
| David M. Vasconi, II and, | : | |
| Lori Anne Vasconi, | : | |
| Movants, | : | HEARING DATE AND TIME: |
| | : | September 16, 2020 at 10:00 am |
| vs. | : | |
| | : | |
| and | : | |
| | : | |
| Ronda J Winnecour, Esquire | : | |
| Chapter 13 Trustee | : | |
| Respondents. | : | |

**ORDER ON MOTION TO WITHDRAW**

**AND NOW**, this  26th  day of  August  , 2020, upon consideration of the Movant's MOTION TO WITHDRAW, it is hereby **ORDERED, ADJUDGED, and DECREED** as follows:

1.) The Motion to Terminate Wage Attachment at Docket Number 72 is WITHDRAWN.
2.) The Notice of Hearing with Response Deadline on Debtor's Motion to Terminate Wage Attachment Filed at Docket Number 74 is WITHDRAWN.
3.) The Hearing on the Debtor's Motion to Terminate Wage Attachment scheduled for September 16, 2020 at 10:00 AM via Zoom is CANCELLED.

_____
**Thomas P. Agresti,** *Judge*    ljm
*United States Bankruptcy Court*

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
David M. Vasconi  
Lori Anne Vasconi  
    Debtors

Case No. 20-10012-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: dkam     Page 1 of 1     Date Rcvd: Aug 26, 2020  
                   Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2020.  
db/jdb        +David M. Vasconi, II,  Lori Anne Vasconi,  98 Airport Road,  Mercer, PA 16137-5102

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2020                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2020 at the address(es) listed below:

        Daniel P. Foster    on behalf of Debtor David M. Vasconi, II dan@mrdebtbuster.com, katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com  
        Daniel P. Foster    on behalf of Joint Debtor Lori Anne Vasconi dan@mrdebtbuster.com, katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com  
        Garry Alan Masterson    on behalf of Creditor    Ford Motor Credit Company, LLC pitecf@weltman.com  
        James Warmbrodt    on behalf of Creditor    The Huntington National Bank bkgroup@kmllawgroup.com  
        Jerome B. Blank    on behalf of Creditor    Freedom Mortgage Corporation pawb@fedphe.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
        Thomas Song    on behalf of Creditor    Freedom Mortgage Corporation pawb@fedphe.com  
                                                                                                 TOTAL: 8