**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: David M. Vasconi II                                             CHAPTER 13
       Lori Anne Vasconi
               Debtor(s)                                             BKY. NO. 20-10012 tpa

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of FREEDOM MORTGAGE CORPORATION and index same on the master mailing list.

                                      Respectfully submitted,

                                      /s/ Brian C. Nicholas
                                      Brian Nicholas
                                      29 Oct 2020, 16:38:45, EDT

                                      Brian C. Nicholas, Esquire
                                      Attorney I.D. No. 317240
                                      KML Law Group, P.C.
                                      BNY Mellon Independence Center
                                      701 Market Street, Suite 5000
                                      Philadelphia, PA 19106
                                      412-430-3594
                                      bkgroup@kmllawgroup.com