**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | **CASE NO. 20-10012-TPA** |
| | : | |
| **David M. Vasconi II and** | : | **CHAPTER 13** |
| **Lori Anne Vasconi,** | : | |
| Debtors, | : | |
| _____ | : | **MOTION NO.: WO - 1** |
| **David M. Vasconi II,** | : | |
| Movant, | : | **RELATED TO DOCKET NO.: 85** |
| | : | |
| **vs.** | : | |
| | : | |
| **Great Arrow Builders, LLC,** | : | |
| | : | |
| **and** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee.** | : | |
| **Respondents.** | : | |

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Wage Attachment and Local Form No. 12 by First-Class Mail, U.S. Postage Paid on the parties below\*.

Executed on: <u>January 11, 2021</u>

By: /s/ Kaitlyn E. Vale
KAITLYN E. VALE, PARALEGAL
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

_____
\*Parties served by the court electronically were not served by regular mail

## **MATRIX**

**GREAT ARROW BUILDERS, LLC**
**P.O. BOX 187**
**MONACA, PA 15061**