**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNYSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CASE NO. 20-10012-TPA |
| | : | |
| David M. Vasconi II and | : | CHAPTER 13 |
| Lori Anne Vasconi, | : | |
|     Debtors, | : | |
| _____ | : | MOTION NO.: WO - 1 |
| David M. Vasconi II, | : | |
|     Movant, | : | RELATED TO DOCKET NO.: 93 |
| | : | |
| vs. | : | |
| | : | |
| Renick Brothers, | : | |
| | : | |
| and | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
|     Chapter 13 Trustee. | : | |
|     Respondents. | : | |

## **CERTIFICATE OF SERVICE**

    I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Wage Attachment and Local Form No. 12 by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: June 15, 2021

By: /s/ Kaitlyn E. Vale
KAITLYN E. VALE, PARALEGAL
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

---

*Parties served by the court electronically were not served by regular mail

### **MATRIX**

**RENICK BROTHERS**
**P.O. BOX 94**
**SLIPPERY ROCK, PA 16057**