FILED
6/14/21 3:51 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | CASE NO. 20-10012-TPA |
| | : | |
| David M. Vasconi II and, | : | CHAPTER 13 |
| Lori Anne Vasoni, | : | |
| Debtors, | : | |
| | : | |
| David M. Vasconi II, | : | MOTION NO.: WO - 1 |
| Movant, | : | |
| | : | RELATED TO DOCKET NO.: 90 |
| vs. | : | |
| | : | |
| Great Arrow Builders, LLC, | : | |
| | : | |
| and | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee. | : | |
| Respondents. | : | |
| | : | |
| Social Security No. xxx-xx- 2580 | : | |

### ORDER TO TERMINATE WAGE ATTACHMENT

Upon representation of the above-named Debtors, having filed a Chapter 13 petition and having moved to attach wages to fund the Chapter 13 Plan

**IT IS, THEREFORE, ORDERED** that the wage attachment currently in place with Great Arrow Builders, LLC, P.O. Box 187, Monaca, PA 15061, is terminated.

**IT IS FURTHER ORDERED** that this Order supersedes any previous order made to the above-named entity.

**IT IS FURTHER ORDERED** that the above-named entity shall not charge any fee to the Debtor for the administration of this attachment Order except as may be allowed upon application to the and Order of this Court.

DATED THIS __14th__ day of ___June_____, 2021

_____
Thomas P. Agresti,                    **ljm**
U.S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                          Case No. 20-10012-TPA
David M. Vasconi                                                                       Chapter 13
Lori Anne Vasconi
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-1 | User: dkam | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 14, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David M. Vasconi, II, Lori Anne Vasconi, 98 Airport Road, Mercer, PA 16137-5102 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2021                                    Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor The Huntington National Bank bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Joint Debtor Lori Anne Vasconi dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Debtor David M. Vasconi  II dan@mrdebtbuster.com, katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Garry Alan Masterson | on behalf of Creditor Ford Motor Credit Company  LLC pitecf@weltman.com |

District/off: 0315-1 | User: dkam | Page 2 of 2
Date Rcvd: Jun 14, 2021 | Form ID: pdf900 | Total Noticed: 1

Jerome B. Blank
    on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Thomas Song
    on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com


TOTAL: 9