**Fill in this information to identify the case:**

Debtor 1    DAVID M. VASCONI, II
Debtor 2    LORI ANNE VASCONI
(Spouse, if filing)

United States Bankruptcy Court for the: Western District of Pennsylvania
Case number 20-10012-TPA

Official Form 410S1
## Notice of Mortgage Payment Change     12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Freedom Mortgage Corporation     **Court claim no.** (if known): 11

**Last four digits** of any number you use to identify the debtor's account: 1190

**Date of payment change:** 12/01/2021
Must be at least 21 days after date of this notice

**New total payment:** $1,467.53
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**
☐ No
☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

**Current escrow payment:** $ 337.67    **New escrow payment:** $ 343.89

### Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**
☒ No
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

**Current interest rate:** _____ %    **New interest rate:** _____ %

**Current principal and interest payment:** $ _____    **New principal and interest payment:** $ _____

### Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**
☒ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change: _____

**Current mortgage payment:** $ _____    **New mortgage payment:** $ _____

Debtor1 <u>DAVID M. VASCONI, II</u>  Case number *(if known)* <u>20-10012-TPA</u>
First Name    Middle Name    Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor.

☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✖  <u>/s/ Andrew Spivack</u>  Date <u>11/02/2021</u>
Signature

**Print:** <u>**Andrew Spivack (2008190001)**</u>  Title <u>Attorney</u>
First Name    Middle Name    Last Name

Company  <u>Brock & Scott, PLLC</u>

Address  <u>302 Fellowship Road, Suite 130</u>
Number    Street

<u>Mount Laurel, NJ 08054</u>
City    State    ZIP Code

Contact phone <u>844-856-6646 x3017</u>    Email <u>Andrew.Spivack@brockandscott.com</u>

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
*Erie Division*

| | |
|---|---|
| IN RE:<br>DAVID M. VASCONI, II and LORI ANNE VASCONI | Case No. 20-10012-TPA |
| Freedom Mortgage Corporation,<br>    Movant | Chapter 13<br><br>  Hearing Date: TBD<br>  Hearing Time: TBD<br>  Objection Date: TBD |
| vs.<br><br>DAVID M. VASCONI, II and LORI ANNE VASCONI,<br>    Debtor,<br><br>Ronda J Winnecour<br>    Respondent | |

## CERTIFICATE OF SERVICE OF NOTICE OF MORTGAGE PAYMENT CHANGE

I certify under penalty of perjury that on <u>November 2, 2021</u>, I served or caused to be served the Notice of Mortgage Payment Change on the parties at the addresses shown below or on the attached list.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:

<u>Via CM/ECF electronic notice:</u>

Foster Law Offices
1210 PARK AVE
MEADVILLE, PA 16335
*Counsel for Debtor*

Ronda J Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
*Chapter 13 Trustee*

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970

Pittsburgh, PA 15222
*US Trustee*

<u>Via First Class Mail</u>:

| | |
|---|---|
| DAVID M. VASCONI, II<br>98 AIRPORT RD<br>MERCER, PA 16137-5102 | Ronda J Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 |
| LORI ANNE VASCONI<br>98 AIRPORT RD<br>MERCER, PA 16137-5102<br>*Debtor* | *Chapter 13 Trustee* |

     If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, names and addresses of parties served by electronic notice will be listed under the heading "Via CM/ECF electronic notice" and those served by mail will be listed under the heading "Via First Class Mail".

EXECUTED ON: <u>November 2, 2021</u>

                                       <u>*/s/ Andrew Spivack*</u>
                                       Andrew Spivack
                                       (Bar No. 2008190001)
                                       Attorney for Creditor
                                       BROCK & SCOTT, PLLC
                                       302 Fellowship Road, Suite 130
                                       Mount Laurel, NJ 08054
                                       Telephone: 844-856-6646 x3017
                                       Facsimile: 704-369-0760
                                       E-Mail: Andrew.Spivack@brockandscott.com

**PAWB Local Form 7 (07/13)**



PO BOX 50428
INDIANAPOLIS, IN 46250-0401

**Escrow Account Disclosure Statement**

### Account Information

| | |
|---|---|
| Loan Number: | |
| Property Address: | 98 AIRPORT RD |
| | MERCER PA 16137 |
| Statement Date: | 10/18/2021 |
| Current Payment Amount: | $1,461.31 |
| **New Payment Amount:** | **$1,467.53** |
| **New Payment Effective Date:** | **12/01/2021** |

DAVID VASCONI
LORI VASCONI
98 AIRPORT RD
MERCER PA 16137-5102

You are receiving this statement because you have an escrow account with us. We have safeguards in place to ensure there is enough money in your account to cover your homeowner's insurance, real estate taxes and mortgage insurance, if applicable. However, changes in your taxes and insurance could result in a shortage or surplus in your escrow account.

Based on our most recent escrow analysis. you have a surplus of $69.59. A surplus check in the amount of $69.59 to be printed and mailed in a separate document.

Due to the delinquent status of your account, your surplus will be retained in reserve until the account becomes current. Once your account is current, it is your responsibility to contact Freedom Customer Care at (855) 690-5900 to request the release of any surplus when the status of your account changes.

| | |
|---|---|
| Projected Minimum Balance | $757.37 |
| - Required Minimum Balance | $687.78 |
| Surplus | $69.59 |

The required minimum balance is also known as the escrow cushion. The required minimum balance or escrow cushion is the amount that you are required to pay into your escrow account to cover unanticipated disbursements for escrow items or for disbursements that have to be made before the monthly escrow payments are available in your escrow account.

Part 1 provides your current and the new escrow payment amounts. Part 2 shows what has already happened in your account while Part 3 shows what we anticipate happening in your account over the next 12 months. As tax and insurance amounts may be subject to change each year, the amounts in Part 3 are only estimates.



**PART 1**

## Your Mortgage Payment

Payment information beginning with your 12/01/2021 payment

| Payment Information | Current Monthly Payment | New Monthly Payment |
|---|---|---|
| Principal & Interest: | $1,123.64 | $1,123.64 |
| Escrow Payment: | $337.67 | $343.89 |
| **Total Payment:** | **$1,461.31** | **$1,467.53** |

**NOTICE:** Freedom Mortgage Corporation is a debt collector attempting to collect a debt. Any information obtained will be used for that purpose. However, in the event the debt has been discharged pursuant to or the addressee or recipient is under the protection of federal bankruptcy law, this communication is solely for informational purposes and is not an attempt to collect a debt.

Due to the delinquent status of your account, your surplus will be retained in reserve until the account becomes current.



# PART 2

## Your Escrow Account History

The chart below compares what we projected to occur with actual activity in your escrow account since the last analysis.

### Previous Year's Projections (Estimated)

| Date | Paid In | Paid Out | Description | Balance |
|---|---|---|---|---|
| | | | Beginning Balance | **$1,688.37** |
| Dec 2020 | $337.67 | $0.00 | | $2,026.04 |
| Jan 2021 | $337.67 | $0.00 | | $2,363.71 |
| Feb 2021 | $337.67 | $0.00 | | $2,701.38 |
| Mar 2021 | $337.67 | $0.00 | | $3,039.05 |
| Apr 2021 | $337.67 | $0.00 | | $3,376.72 |
| May 2021 | $337.67 | $0.00 | | $3,714.39 |
| Jun 2021 | $337.67 | $976.00 | HOMEOWNERS | $3,076.06 |
| Jul 2021 | $337.67 | $0.00 | | $3,413.73 |
| Aug 2021 | $337.67 | $1,005.56 | CITY TAX | $2,745.84 |
| Aug 2021 | $0.00 | $2,070.50 | SCHOOL/ISD TAX | $675.34 |
| Sep 2021 | $337.67 | $0.00 | | $1,013.01 |
| Oct 2021 | $337.67 | $0.00 | | $1,350.68 |
| Nov 2021 | $337.67 | $0.00 | | $1,688.35 |
| **Total** | **$4,052.04** | **$4,052.06** | | |

### Actual Activity

| Date | Paid In | Paid Out | Description | Balance |
|---|---|---|---|---|
| | | | Beginning Balance | **$754.83** |
| Dec 2020 | $1,049.97 | $0.00 | | $1,804.80 |
| Jan 2021 | $0.00 | $0.00 | | $1,804.80 |
| Feb 2021 | $337.67 | $0.00 | | $2,142.47 |
| Mar 2021 | $641.41 | $0.00 | | $2,783.88 |
| Apr 2021 | $337.67 | $0.00 | | $3,121.55 |
| May 2021 | $0.00 | $1,049.00 * | HOMEOWNERS | $2,072.55 |
| Jun 2021 | $0.00 | $0.00 | | $2,072.55 |
| Jul 2021 | $675.34 | $0.00 | | $2,747.89 |
| Aug 2021 | $0.00 | $2,072.21 * | SCHOOL/ISD TAX | $675.68 |
| Aug 2021 | $0.00 | $1,005.56 | CITY TAX | ($329.88) |
| Sep 2021 | $675.34 | $0.00 | | $345.46 |
| Oct 2021 | $337.67 | $0.00 | | $683.13 |
| Nov 2021 | $0.00 | $0.00 | E | $683.13 |
| **Total** | **$4,055.07** | **$4,126.77** | | |

An asterisk (*) indicates a difference in that month between the actual activity and the estimated activity.

When applicable, the letter "E" beside an amount indicates that a payment or disbursement has not yet occurred but is estimated to occur as shown.

A double asterisk (**) indicates a difference in that month between the actual activity and the estimated activity due to interest payable on Escrow which is not estimated.

LOAN NUMBER: ██████████

(This section intentionally left blank)



Freedom Mortgage
PO BOX 50428
INDIANAPOLIS, IN 46250-0401

DAVID VASCONI
LORI VASCONI
98 AIRPORT RD
MERCER PA 16137-5102

## Escrow Account Disclosure Statement

| Account Information | Page 2 |
|---|---|
| Loan Number: | |
| Property Address: | 98 AIRPORT RD |
| | MERCER PA 16137 |
| Statement Date: | 10/18/2021 |
| Current Payment Amount: | $1,461.31 |
| **New Payment Amount:** | **$1,467.53** |
| **New Payment Effective Date:** | **12/01/2021** |

### PART 3 — Expected Escrow Payments over the next 12 Months

| | |
|---|---:|
| HOMEOWNERS | $1,049.00 |
| CITY TAX | $1,005.56 |
| SCHOOL/ISD TAX | $2,072.21 |
| **Total Disbursements** | **$4,126.77** |

Freedom expects to pay $4,126.77 over the next 12 months.
Here's how to calculate your new monthly escrow payment:

| | |
|---|---:|
| Total Disbursements: | $4,126.77 |
| ÷ 12 Months: | 12 |
| **New Monthly Escrow Payment** | **$343.89** |

### Summary of Your Projected Escrow Account for the Coming Year

| Date | Payment to Escrow | What We Expect to Pay Out | Description | Your Actual Balance | Balance Needed In Your Account |
|---|---:|---:|---|---:|---:|
| | | | Beginning Balance | $1,789.13 | $1,719.54 |
| Dec 2021 | $343.89 | $0.00 | | $2,133.02 | $2,063.43 |
| Jan 2022 | $343.89 | $0.00 | | $2,476.91 | $2,407.32 |
| Feb 2022 | $343.89 | $0.00 | | $2,820.80 | $2,751.21 |
| Mar 2022 | $343.89 | $0.00 | | $3,164.69 | $3,095.10 |
| Apr 2022 | $343.89 | $0.00 | | $3,508.58 | $3,438.99 |
| May 2022 | $343.89 | $0.00 | | $3,852.47 | $3,782.88 |
| Jun 2022 | $343.89 | $1,049.00 | HOMEOWNERS | $3,147.36 | $3,077.77 |
| Jul 2022 | $343.89 | $0.00 | | $3,491.25 | $3,421.66 |
| Aug 2022 | $343.89 | $1,005.56 | CITY TAX | $2,829.58 | $2,759.99 |
| Aug 2022 | $0.00 | $2,072.21 | SCHOOL/ISD TAX | $757.37 | $687.78 * |
| Sep 2022 | $343.89 | $0.00 | | $1,101.26 | $1,031.67 |
| Oct 2022 | $343.89 | $0.00 | | $1,445.15 | $1,375.56 |
| Nov 2022 | $343.89 | $0.00 | | $1,789.04 | $1,719.45 |
| | $4,126.68 | $4,126.77 | | | |

The required minimum balance, as indicated by the asterisk (*) in the summary above, is determined by the Real Estate Settlement Procedures Act (RESPA), your mortgage contract or state law. Your minimum balance may include up to two months of escrow payments (excluding PMI/MIP) to cover increases to your taxes and homeowners insurance.



### PART 4 — What This Means to You

Your escrow balance is more than the amount needed in your account. The resulting surplus is $69.59. Federal Law requires that any surplus of $50.00 or greater must be returned to you within 30 days from the date of analysis.

Due to the delinquent status of your account, your surplus will be retained in reserve until the account becomes current.

Did you know by having recurring payments set up through FreedomMortgage.com, we'll adjust for any changes in your monthly payment automatically? However, if you have automatic bill pay through your bank, you'll need to contact them directly to adjust your payment.

### PART 5 — How You Can Reach Us with Questions

Should you have any questions regarding the information provided in this statement please do not hesitate to contact us at (855) 690-5900. Customer Care representatives are available to assist you Monday through Friday from 8:00am – 10:00pm and Saturday from 9:00am – 6:00pm Eastern Time.